[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-12189
Non-Argument Calendar

_____

**FILED**
**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**October 18, 2005**
**THOMAS  K. KAHN**
**CLERK**

D. C. Docket No. 96-00247-CR-H-NE

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBIN MCSWAIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(October 18, 2005)**

Before BIRCH, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Donald L. Colee, Jr., counsel for Robin McSwain in this direct criminal

appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of McSwain's supervised release and the resulting sentence are **AFFIRMED.**